WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RODNEY EARL POLK,              ) | No.  EDCV 09-0615 OP |
|                                ) | |
|            Plaintiff,          ) | ORDER AWARDING |
|                                ) | EAJA FEES |
|         v.                     ) | |
|                                ) | |
| MICHAEL J. ASTRUE,             ) | |
| Commissioner of Social Security,) | |
|                                ) | |
|            Defendant.          ) | |
| _____) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND THREE HUNDRED SEVENTEEN DOLLARS and no/cents ($2,317.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 4/13/10

UNITED STATES MAGISTRATE JUDGE

1